Ex Parte P. F. Robidoux.

No. 12457.   Delivered February 6, 1929.

The opinion states the case.

No brief for appellant.

*A. A. Dawson* of Canton, State's Attorney, for the State.

MARTIN, JUDGE.—This is a companion case to that of No. 12445, this day decided. The two records are identical and the same law question is presented in each.

For the reasons pointed out in the opinion in Cause No. 12455, this day handed down, the judgment of the trial court is reversed and relator is granted bail in the sum of $7,500.00.

*Reversed and bail granted.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.